On February 23, 1931, the appellant was put to trial upon said indictment and was convicted of the offense of manslaughter in the first degree. In accordance with the verdict of the jury, the court sentenced him to imprisonment in the penitentiary for a term of four years. Judgment of conviction was duly pronounced and entered, from which this appeal was taken.

The judgment of the lower court is affirmed, as there is no error apparent upon the record, and on the record only is this appeal rested.

Affirmed.

(131 So. 922)

**LOUIS PIZITZ DRY GOODS CO. v. FIDELITY & DEPOSIT CO. OF MARYLAND.**
6 Div. 878.

Court of Appeals of Alabama.
Nov. 28, 1930.

PER CURIAM.
Appeal dismissed for want of prosecution

(131 So. 922)

**LOUISVILLE & N. R. CO. v. J. S. LESTER.**
6 Div. 829.

Court of Appeals of Alabama.
April 28, 1930.

PER CURIAM.
Appeal dismissed by agreement.

(133 So. 924)

**Tilda LOWE v. STATE.**
4 Div. 785.

Court of Appeals of Alabama.
April 7, 1931.

SAMFORD, J.
Appeal dismissed.

(134 So. 922)

**Iola LUKE v. Rhoda BROOKS.**
6 Div. 900.

Court of Appeals of Alabama.
April 23, 1931.

PER CURIAM.
Appeal dismissed for want of prosecution.

(134 So. 922)

**Jim LUSTER v. STATE.**
5 Div. 838.

Court of Appeals of Alabama.
April 21, 1931.

Rehearing Denied May 26, 1931.

BRICKEN, P. J.
Affirmed.

(138 So. 923)

**Leonard McCLENDON v. STATE.**
6 Div. 989.

Court of Appeals of Alabama.
Jan. 12, 1932.

SAMFORD, J.
Affirmed.

(132 So. 919)

**Asa McCOLLUM v. STATE.**
7 Div. 724.

Court of Appeals of Alabama.
Jan. 27, 1931.

BRICKEN, P. J.
Affirmed.